In the Matter of the Arbitration between SPECTRUM FABRICS CORPORATION, Appellant, and MAIN STREET FASHIONS, INC., Respondent.

Argued May 23, 1955; decided July 8, 1955.

*Bernard A. Saslow* and *Harold A. Axel* for appellant.

*Robert W. Adler* and *Ruben Schwartz* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, VAN VOORHIS and BURKE, JJ. FROESSEL, J., dissents and votes to reverse upon the dissenting opinion of CALLAHAN, J., in the Appellate Division.